IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| Diana L. Wilson, | : | |
| --- | --- | --- |
| Plaintiff | : | Case No. 2:-08cv-01097 |
| v. | : | Judge Marbley |
| Michael J. Astrue, | : | Magistrate Judge |
| Commissioner of Social Security, | : | |
| Defendant | : | |

**ORDER**

Plaintiff Diana L. Wilson brought action under 42 U.S.C. §§405(g) for review of a final decision of the Commissioner of Social Security denying her application for Social Security disability insurance benefits. This matter is before the Court on Magistrate Judge Abel's August 19, 2009 Report and Recommendation that this case be remanded to the Commissioner for further consideration of the psychiatric evidence and the combined effects of Wilson's impairments.

No objections to the Report and Recommendation were filed. Upon *de novo* review as required by 28 U.S.C. § 636(b)(1)(B), the Court ADOPTS the Report and Recommendation. This action is hereby REMANDED to the Commissioner of Social Security for further consideration of the psychiatric evidence and the combined effects of Wilson's impairments. The Clerk of Court is DIRECTED to close this case.

    s/Algenon L. Marbley  
Algenon L. Marbley, Judge  
United States District Court