# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| Diana L. Wilson, | : | |
| Plaintiff | : | Case No. 2:-08cv-01097 |
| v. | : | Judge Marbley |
| Michael J. Astrue, Commissioner of Social Security, | : | Magistrate Judge |
| Defendant | : | |
| | : | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the January 12, 2010 Order, the Court ADOPTS the Report and Recommendation, this action is hereby REMANDED to the Commissioner of Social Security for further consideration of the psychiatric evidence and the combined effects of Wilson's impairments. The Clerk of Court is DIRECTED to close this case.

Date: **January 12, 2010**          **James Bonini, Clerk**

　　　　　　　　　　　　　　　　　　　s/Betty L. Clark
　　　　　　　　　　　　　　　　　　　Betty L. Clark/Deputy Clerk